

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

March 10, 2020

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Eric Freudenberg
20 Mag. 2661

Dear Judge McCarthy:

The defendant in the above-referenced Complaint was arrested this afternoon at the Orange County Jail. Accordingly, the Government requests that the Complaint be unsealed.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

APPLICATION GRANTED

_____
Hon. Judith C. McCarthy
3-10 2020