# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: June 21, 2021

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

               Plaintiff                **SCHEDULING ORDER**

   -against-                       7:20-mj-02661

Eric Freudenberg

               Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a bail hearing for 6/23/2021 at 10 am before Magistrate Judge Paul E. Davison. To access the conference, counsel will be provided with a Teams link. Members of the press and public should call 877-336-1839 and use access code 5999739 , but will not be permitted to speak during the conference and must mute their telephones

Dated: 6/21/2021
       White Plains, New York

                                            SO ORDERED:

                                            s/     PED
                                            _____

                                            PAUL E. DAVISON
                                            United States Magistrate Judge