UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Eric Freudenberg

                Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

20-mj-02661

Defendant Eric Freudenberg hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☒     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

(During a phone-call on June 21, 2021, Eric Freudenberg authorized Benjamin Gold to affix his electronic signature to this form)

_Eric Freudenberg_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Eric Freudenberg
Print Defendant's Name

_Ben G_
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6/23/21
Date

U.S. District Judge/U.S. Magistrate Judge