UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA,

  -v-                                                        No. 7:20 MJ 2661

ERIC FREUDENBERG,

        Defendant.

------------------------------------------------------x

## Order

The Court has been informed that Mr. Freudenberg has passed away. (See docket entry no. 31.) The Government and defense counsel are directed to meet and confer and to file a joint report as to when the Government intends to file an application with respect to the charges pending against Mr. Freudenberg.

    SO ORDERED.

Dated: New York, New York
       July 16, 2021

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge