# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **20-2661**　　　　　　　　　　　　　　Date **7-26-2021**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

✔ Complaint　　　☐ Removal Proceedings in

United States v. **Eric Freudenberg**

The Complaint/Rule 40 Affidavit was filed on **3-9-2020**

✔ *U.S. Marshals please withdraw warrant*

*[signature]*
ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Marcia S. Cohen**
(print name if signature handwritten)

**SO ORDERED:**

DATE: 7/28/2021

*[signature]*
UNITED STATES MAGISTRATE JUDGE